# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:00CR00087-001 |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **DONALD ALLEN EDWARDS**, ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

*Donald Allen Edwards, Pro Se Defendant.*

The defendant, a federal inmate, has filed a pro se motion seeking a reduction in his sentence. The defendant was sentenced in 2001 to a term of imprisonment of 120 months for conviction of conspiracy to distribute crack cocaine and a consecutive term of imprisonment of 120 months for conviction of possession of a firearm in furtherance of a violent felony.

The defendant bases his motion on 18 U.S.C.A. § 3582(c) (West 2000), but he does not qualify under that statute. There has been no reduction in the crack cocaine guidelines that would affect his case, since he was sentenced to two statutory mandatory minimums. In addition, while the recent Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Stat. 2372 (2010), which reduced the mandatory minium sentences in relation to crack cocaine, may apply to defendants not yet sentenced as

of the date of its enactment, *see United States v. Douglas*, No. 09-202-P-H, 2010 WL 4260221 (D. Me. Oct. 27, 2010), it does not apply to Edwards, who was sentenced in 2001.

For these reasons, it is **ORDERED** that the motion (ECF No. 206) is DENIED.

ENTER: November 14, 2010

/s/ JAMES P. JONES
United States District Judge